Joshua B. Swigart (SBN 225557)
Josh@SwigartLawGroup.com
Haley G. Christenson (SBN 328322)
Haley@SwigartLawGroup.com
**SWIGART LAW GROUP, APC**
2221 Camino del Rio S, Ste 308
San Diego, CA  92108
P: 866-219-3343
F: 866-219-8344

Daniel G. Shay (SBN 250548)
DanielShay@TCPAFDCPA.com
**LAW OFFICE OF DANIEL G. SHAY**
2221 Camino del Rio S, Ste 308
San Diego, CA  92108
P: 619-222-7429
F: 866-219-8344

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YRASEMA ORTIZ,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>NAVY FEDERAL CREDIT UNION,<br><br>　　　　Defendant. | Case No.: 3:20-cv-00124-W-RBB<br><br>PLAINTIFF'S NOTICE OF SETTLEMENT |

1.　　Yrasema Ortiz ("Plaintiff") gives notice that this case has settled in its entirety. The Parties, through their respective counsel of record, are finalizing the terms of a formal settlement agreement.

2. Plaintiff respectfully requests any pending dates be vacated and the Court set a settlement disposition conference in approximately 30 days.  The Parties believe a settlement will be finalized and this matter dismissed prior to this conference.

Respectfully submitted,

Date:  March 6, 2020            SWIGART LAW GROUP, APC

By:  *s/ Haley Christenson*
Haley G. Christenson, Esq.
Haley@SwigartLawGroup.com

Attorneys for Plaintiff