Joshua B. Swigart (SBN 225557)
Josh@SwigartLawGroup.com
Haley G. Christenson (SBN 328322)
Haley@SwigartLawGroup.com
**SWIGART LAW GROUP, APC**
2221 Camino del Rio S, Ste 308
San Diego, CA  92108
P: 866-219-3343
F: 866-219-8344

Daniel G. Shay (SBN 250548)
DanielShay@TCPAFDCPA.com
**LAW OFFICE OF DANIEL G. SHAY**
2221 Camino del Rio S, Ste 308
San Diego, CA  92108
P: 619-222-7429
F: 866-431-3292

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YRASEMA ORTIZ,<br><br>  Plaintiff,<br><br>v.<br><br>NAVY FEDERAL CREDIT UNION,<br><br>  Defendant. | Case No.: 3:20-cv-00124-W-RBB<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>Judge:  Thomas J. Whelan<br>Trial Date:  None |

1

1 | Pursuant to Fed. R. Civ. P. 41, Plaintiff requests the Court to dismiss the above entitled action entirely with prejudice.

Respectfully submitted,

Date: March 18, 2020

SWIGART LAW GROUP

By: s/ *Joshua B. Swigart*
Joshua B. Swigart, Esq.
Josh@SwigartLawGroup.com

*Attorney for Plaintiff*