# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YRASEMA ORTIZ,<br><br>                                       Plaintiff,<br><br>v.<br><br>NAVY FEDERAL CREDIT UNION,<br><br>                                      Defendant. | Case No.: 20-CV-0124 W (RBB)<br><br>**ORDER GRANTING DISMISSAL WITH PREJUDICE [DOC. 15]** |

Plaintiff requests the Court to dismiss this action pursuant to Fed. R. Civ. P. 41. [Doc. 15.] Good cause appearing, this action is dismissed **WITH PREJUDICE**. The pending Motion to Dismiss is **DENIED AS MOOT**. [Doc. 7.]

**IT IS SO ORDERED.**

Dated: March 19, 2020

Hon. Thomas J. Whelan
United States District Judge